UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

VELVIA WRIGHT

       Plaintiff,

V.                               CIVIL ACTION NO
**1:09-cv-02413-WMN**


PRAXIS FINANCIAL SOLUTIONS INCORPORATED

Defendant.                         FEBRUARY 23, 2010

<u>NOTICE OF DISSMISSAL</u>

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in

the above-entitled action shall be dismissed with prejudice and without costs,

subject to approval of the Court.


                               THE PLAINTIFF

                               BY<u>/S/Bernard T. Kennedy</u>
                               Bernard T. Kennedy, Esquire
                               The Kennedy Law Firm
                               P.O. Box 657
                               Edgewater, MD 21037
                               Ph  (443) 607-8901
                               Fax (443) 607-8903
                               Fed. Bar # Md26843
                               bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 2/23/10 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy